MATHILDA WOLFENSTEIN, Doing Business, etc., v. FASHION ORIGINATORS' GUILD OF AMERICA, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GEORGE M. COHAN v. ROBBINS MUSIC CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY v. HARTFORD ACCIDENT AND INDEMNITY COMPANY and Another, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of RALPH PULITZER and Others, as Trustees of the Newspaper Trusts Created under Articles Seventh and Eighth of the Last Will and Testament of JOSEPH PULITZER, Deceased. — Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ. [See 245 App. Div. 720.]

HARRY DELF v. EMMA MORRIS and Others, as Executors of WILLIAM MORRIS, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument, and for other relief, denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MORGAN A. JONES v. CORA LEE MALONEY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of WOLFF INDUSTRIAL SERVICE, INC., Assignor, to HENRY D. SAYER and MORRIS A. SCHULMAN. HENRY BOYLE; WILLIAM F. CHATLOS; BARSKY, OLIVER & WOLFF.— Motion for reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ALFRED C. PERHAM v. UNITED FELDSPAR CORPORATION.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY B. MCELENEY, as Administratrix, etc., of JOHN B. MCELENEY, Deceased, v. MCKESSON-GIBSON-SNOW CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LEWIS F. SEAMAN v. AUTO VAN AND WAREHOUSE CORPORATION. AUSTIN MANDEL, Receiver of the Property of LEWIS F. SEAMAN in Supplementary Proceedings and Another; Dr. ARTHUR S. WILSON; THE BANK OF UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.